# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ADULT USE HOLDINGS INC. and ZOLA
VENTURES LTD.,

                Petitioners,   21 **CIVIL** 10313 (MKV)

     -against-   **JUDGMENT**

FAZE CLAN INC.,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, the petition to vacate or modify the arbitration award is DENIED, and the cross-petition to confirm that award is GRANTED.

**Dated**: New York, New York
       September 30, 2022

                        **RUBY J. KRAJICK**

                        _____

                        **Clerk of Court**

        **BY:**   *K. Mango*
                        _____

                        **Deputy Clerk**